NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KURT A. STEPHENS,                    )
                                     )
      Appellant,                   )
                                     )
v.                                   )       Case No.    2D17-3414
                                     )
DITECH FINANCIAL, LLC,               )
                                     )
      Appellee.                    )
_____      )

Opinion filed May 17, 2019.

Appeal from the Circuit Court for
Collier County; Hugh D. Hayes, Judge.

Samantha Neides of Loan Lawyers,
LLC, Fort Lauderdale, for Appellant.

Jason F. Joseph and April Stone of
Tromberg Law Group, P.A., Boca Raton,
for Appellee.


PER CURIAM.


      Affirmed.


KHOUZAM, MORRIS, and ATKINSON, JJ., Concur.